No. 10-7580. Bobby Hazel, Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al. (two judgments).

562 U.S. 1187, 131 S. Ct. 1015, 178 L. Ed. 2d 842, 2011 U.S. LEXIS 872.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 343 (first judgment) and 389 Fed. Appx. 224 (second judgment).